No. 96–7500. WAFER v. JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7501. WAFER v. GAY ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7502. SPIEGELMAN v. REPRISE RECORDS ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–7507. ZARAGOZA v. CIANCHETTI, JUDGE, SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7508. ATKINS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7510. GRANT v. McCOY, SUPERINTENDENT, CAYUGA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–7514. CRAWFORD v. HAWAII. C. A. 9th Cir. Certiorari denied.

No. 96–7523. EDWARDS v. ANDREWS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 96–7524. FRENCH v. PEPE, SUPERINTENDENT, MASSACHU-SETTS CORRECTIONAL INSTITUTION, NORFOLK. C. A. 1st Cir. Certiorari denied.

No. 96–7534. WESLEY v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–7536. ABERNATHY v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–7538. BURNETT v. WILLETTE. Ct. App. Mich. Certiorari denied.

No. 96–7543. BREWER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–7604. LAUREANO v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.